UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIGNATURE CONSULTANTS, INC.,<br>and JAY L. COHEN,<br><br>          Plaintiffs,<br>v.<br><br>STEVEN DROOKER,<br><br>          Defendant. | 04-CV-12687-RCL |
| STEVEN DROOKER,<br><br>          Counter-Plaintiff,<br>v.<br><br>SIGNATURE CONSULTANTS, INC.,<br>and JAY L. COHEN,<br><br>          Counter-Defendants. | |

**ASSENTED TO MOTION**
**FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3(b)**

NOW COMES David A. Bunis, attorney for Plaintiffs Signature Consultants, Inc., and

Jay L. Cohen, (the "Plaintiffs"), in the above-captioned matter, and hereby moves pursuant to

Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of

Massachusetts for the admission, pro hac vice, of Larry A. Stumpf, Esq.  In support of this

motion, the Certificate of Larry A. Stumpf, Esq., is attached hereto as Exhibit A.  The basis for

this motion is as follows:

1.       I am a partner in the firm of Dwyer & Collora, LLP, and am a member in good

standing of the bars of the United States District Court for the District of Massachusetts, the

United States Court of Appeals for the First Circuit, and the Supreme Judicial Court of Massachusetts.

      2.      Mr. Stumpf is a partner in the law firm Black, Srebnick, Kornspan & Stumpf, P.A., 201 South Biscayne Boulevard, Suite 1300, Miami, FL, 33131, and is counsel for the Plaintiffs.

      3.      Mr. Stumpf is admitted to practice in various jurisdictions.  <u>See</u> Exhibit A ¶ 2.

      4.      Mr. Stumpf is a member in good standing in every jurisdiction where he has been admitted to practice.  <u>See</u> Exhibit A ¶ 3.

      5.      There are no disciplinary proceedings pending against Mr. Stumpf as a member of the bar in any jurisdiction.  <u>See</u> Exhibit A ¶ 4.

      6.      Mr. Stumpf is familiar with the Local Rules of the United States District Court of the District of Massachusetts.  <u>See</u> Exhibit A ¶ 5.

      7.      Finally, Mr. Stumpf has already been admitted by Judge Rya Zobel to appear in the United States District Court of the District of Massachusetts in a case pending before her, <u>Darwin Partners, Inc. v. Ruggiero</u>, 02-CV-10765-RWZ.  <u>See</u> Exhibit B attached hereto (Docket, entries dated July 29, 2004 and August 26, 2004).

      The fee for admission <u>pro hac vice</u> will be remitted to the Clerk's Office within 24 hours. <u>See</u> <u>Electronic Case Filing Administrative Procedures</u> § F (D. Mass. Sept. 18, 2003).

WHEREFORE, undersigned counsel respectfully requests that this Court admit Larry A. Stumpf pro hac vice.

Respectfully Submitted,

SIGNATURE CONSULTANTS, INC.,
and JAY L. COHEN,

By their attorney,


_____/s/ David A. Bunis_____
David A. Bunis (BBO No. 550570)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

Dated: January 21, 2005


## RULE 7.1 CERTIFICATION

I, Nicholas J. Walsh, hereby certify pursuant to Local Rule 7.1(A)(2) that on January 19, 2005, counsel for the Plaintiffs conferred in a good faith attempt to resolve or narrow the issues raised in this motion with counsel for the Defendant.  As a result of this conference, the Defendant has assented to this Motion.

_____/s/ Nicholas J. Walsh_____
Nicholas J. Walsh


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the *Assented to Motion For Admission Pro Hac Vice Pursuant To Local Rule 83.5.3(b)* was sent by First Class Mail, postage prepaid, this 21st day of January, 2005, to **James W. Stoll, Esq.**, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, Massachusetts 02111, and to **Todd S. Payne, Esq.**, Zebersky & Payne, LLP, 4000 Hollywood Blvd., Suite 400 North, Hollywood, Florida 33021.

_____/s/ Nicholas J. Walsh_____
Nicholas J. Walsh

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIGNATURE CONSULTANTS, INC., and JAY L. COHEN,<br><br>      Plaintiffs,<br>v.<br><br>STEVEN DROOKER,<br><br>      Defendant. | 04-CV-12687-RCL |
| STEVEN DROOKER,<br><br>      Counter-Plaintiff,<br>v.<br><br>SIGNATURE CONSULTANTS, INC., and JAY L. COHEN,<br><br>      Counter-Defendants. | |

## <u>CERTIFICATE OF LARRY A. STUMPF, ESQ.</u>

I, Larry A. Stumpf, Esq., hereby depose and state as follows:

1.      I am a partner in the law firm Black, Srebnick, Kornspan & Stumpf, P.A., 201 South Biscayne Boulevard, Suite 1300, Miami, FL, 33131, and am counsel for the Plaintiffs.

2.      I am admitted to practice in the following jurisdictions: the State of Florida and the State of New York, as well as the United States Supreme Court, the United States Courts of Appeal for the Second, Fifth, and Eleventh Circuits, and various United States District Courts, including the Southern District of Florida and the Southern District of New York.

3.      I am a member in good standing in every jurisdiction where I have been admitted

to practice.

      4.     There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction.

      5.     I am familiar with the Local Rules of the United States District Court of the

District of Massachusetts.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.  SIGNED THIS 20TH DAY OF JANUARY, 2005.


           _____/s/ Larry A. Stumpf_____
           Larry A. Stumpf, Esq.
           BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
           201 South Biscayne Boulevard, Suite 1300
           Miami, Florida 33131
           (305) 371-6421
           (305) 371-6322 (f)

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:02-cv-10765-RWZ

Darwin Partners,Inc, et al v. Ruggiero, et al
Assigned to: Judge Rya W. Zobel
Demand: $0
Cause: 47:151 Federal Communications Act of 1934

Date Filed: 04/26/2002
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Darwin Partners,Inc**

represented by **Christine Alexandra Abowitz**
Gadsby & Hannah LLP
225 Franklin street
Boston, MA 02110
617-345-7000
Fax: 617-345-7050
Email: aabowitz@ghlaw.com
*TERMINATED: 08/28/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Rosenthal**
Nixon Peabody LLP (BOS)
100 Summer Street
Boston, MA 02110
617-345-6183
Email: drosenthal@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen M. Majdloch**
Nixon Peabody LLP (BOS)
100 Summer Street
Boston, MA 02110
617-345-6143
Fax: 866-368-6635
Email: emajdloch@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Slavitt**
Bodoff & Slavitt
225 Friend Street
Boston, MA 02114-1812
617-742-7300
Fax: 617-742-9969
Email: eslavitt@bodoffslavitt.com
*TERMINATED: 12/17/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Hallal**
Gadsby & Hannah LLP
225 Franklin street
Boston, MA 02110
617-345-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seek Consulting Group,Inc.**                represented by    **Christine Alexandra Abowitz**
(See above for address)
*TERMINATED: 08/28/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen M. Majdloch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Slavitt**
(See above for address)
*TERMINATED: 12/17/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Hallal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mario Ruggiero**

**Defendant**

**Andrew Alantzas**                represented by    **Jack I. Zalkind**
Law office of Jack I. Zalkind
One International Place
18th Floor
Boston, MA 02110
617-227-3950
Fax: 617-342-6899
Email: jackzalkind@aol.com
*TERMINATED: 12/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul V. Kelly**
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110
617-338-9300
Fax: 617-338-9911
Email: pkelly@klhboston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Cherenson**                    represented by  **Jack I. Zalkind**
(See above for address)
*TERMINATED: 09/23/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul V. Kelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Signature Consultants,LLC**           represented by  **Anthony M. Moccia**
Eckert Seamans Cherin & Mellott, LLC

One International Place
Boston, MA 02110
617-342-6828
Fax: 617-342-6899
Email: amoccia@eckertseamans.com
*TERMINATED: 07/30/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Cintolo**
Cosgrove, Eisenberg & Kiley, PC
One International Place
Suite 1820
Boston, MA 02110
617-439-7775
Fax: 617-330-8774
Email: wcintolo@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David E. Plotkin**
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109
617-456-8142
Fax: 617-456-8100
Email: deplotkin@plgt.com

*ATTORNEY TO BE NOTICED*

**Joseph D. Steinfield**
Prince, Lobel Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8015
Fax: 617-456-8100
Email: jsteinfield@plgt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Quagrello**                    represented by **Jack I. Zalkind**
(See above for address)
*TERMINATED: 09/23/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul V. Kelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Max Winer**                    represented by **Michael J. Liston**
2 Park Plaza
Suite 610
Boston, MA 02116
617-426-2281
Fax: 617-426-2448
Email: m.liston@verizon.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Drooker**                    represented by **Anthony M. Moccia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Cohen**                    represented by **Larry A. Stumpf**
Black, Srebnick, Kornspan & Stumpf,
P.A.
Suite 1300
201 South Biscayne Boulevard
Miami, FL 33131
1-305-371-6421
Fax: 1-305-371-6322
Email: lstumpf@royblack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin G. Weinberg**
Oteri, Weinberg & Lawson

20 Park Plaza
Boston, MA 02116
617-227-3700
Fax: 617-338-9538
Email: owlmcb@worldnet.att.net
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 04/26/2002 | 1 | Complaint filed. Case assigned to Judge: Zobel. Receipt #: 38779 Amount:$ 150.00. Fee Status: pd (jdj) (Entered: 04/30/2002) |
| 04/26/2002 | 2 | Motion by Darwin Partners,Inc, Seek Consulting Grou ex-parte relief , filed. (jdj) (Entered: 04/30/2002) |
| 04/26/2002 | 3 | Judge Rya W. Zobel . Order entered granting [2-1] motion ex-parte relief . issued [EOD Date 4/30/02] (jdj) (Entered: 04/30/2002) |
| 05/08/2002 | 4 | Return of service executed as to Michael Cherenson with service on 4/26/02 filed. Answer due on 5/16/02 for Michael Cherenson (jdj) (Entered: 05/08/2002) |
| 05/08/2002 | 5 | Return of service executed as to Andrew Alantzas with service on 4/26/02 filed. Answer due on 5/16/02 for Andrew Alantzas (jdj) (Entered: 05/08/2002) |
| 05/08/2002 | 6 | Return of service executed as to Signature Consultant with service on 4/26/02 filed. Answer due on 5/16/02 for Signature Consultant (jdj) (Entered: 05/08/2002) |
| 05/08/2002 | 7 | Return of service executed as to Mario Ruggiero with service on 5/1/02 filed. Answer due on 5/21/02 for Mario Ruggiero (jdj) (Entered: 05/08/2002) |
| 05/28/2002 | 8 | Motion by Andrew Alantzas, Michael Cherenson, Signature Consultant to seal/impound , filed. (jdj) (Entered: 05/29/2002) |
| 05/28/2002 | 9 | Motion by Andrew Alantzas, Michael Cherenson, Signature Consultant to stay , filed cs. (jdj) (Entered: 05/29/2002) |
| 05/28/2002 | 10 | Memorandum by Andrew Alantzas, Michael Cherenson, Signature Consultant in support of [9-1] motion to stay , filed cs. (jdj) (Entered: 05/29/2002) |
| 05/30/2002 | 11 | Emergency Motion by Darwin Partners,Inc for approval of real estate attachments , filed. (jdj) (Entered: 06/03/2002) |
| 05/30/2002 | 12 | Memorandum by Darwin Partners,Inc in support of [11-1] motion for approval of real estate attachments , filed. (jdj) (Entered: 06/03/2002) |
| 05/31/2002 | | Judge Nancy Gertner . Endorsed Order entered granting [11-1] motion for approval of real estate attachments . [EOD Date 6/3/02] issued (jdj) (Entered: 06/03/2002) |
| 06/04/2002 | 13 | Amended complaint by Darwin Partners,Inc filed. (Answer due 6/14/02 for Signature Consultant, for Michael Cherenson, for Andrew Alantzas, for Mario Ruggiero ) . Amended complaint amends [1-1] complaint . |

| | | |
|---|---|---|
| | | filed (jdj) (Entered: 06/04/2002) |
| 06/05/2002 | | Writ of Real Estate Attachment issued as to Mario Ruggiero Jr. (jdj) Modified on 06/05/2002 (Entered: 06/05/2002) |
| 06/05/2002 | | Writ of Real Estate Attachment issued as to Patrick A. Quagrello. (jdj) Modified on 06/05/2002 (Entered: 06/05/2002) |
| 06/05/2002 | | Writ of Real Estate Attachment issued as to Andrew N. Alantzas . (jdj) (Entered: 06/05/2002) |
| 06/10/2002 | 14 | Response by Darwin Partners,Inc, Seek Consulting Grou in opposition to [8-1] motion to seal/impound , filed. (jdj) (Entered: 06/11/2002) |
| 06/10/2002 | 15 | Memorandum by Darwin Partners,Inc, Seek Consulting Grou in opposition to [8-1] motion to seal/impound , filed. (jdj) (Entered: 06/11/2002) |
| 06/13/2002 | 16 | Return of service executed as to Patrick Quagrello with service on 6/3/02 filed. Answer due on 6/23/02 for Patrick Quagrello (ktb) (Entered: 06/18/2002) |
| 06/14/2002 | | Judge Rya W. Zobel . Endorsed Order entered denying [8-1] motion to seal/impound. Entered cc/cl . [EOD Date 6/18/02] (lau) (Entered: 06/18/2002) |
| 06/14/2002 | | Judge Rya W. Zobel . Endorsed Order entered denying [9-1] motion to stay. Entered cc/cl . [EOD Date 6/18/02] (lau) (Entered: 06/18/2002) |
| 07/01/2002 | 17 | Notice of appearance of attorney for Signature Consultant by Anthony M. Moccia, filed. (jdj) (Entered: 07/02/2002) |
| 07/01/2002 | 18 | Notice of appearance of attorney for Patrick Quagrello by Jack I. Zalkind, filed. (jdj) (Entered: 07/02/2002) |
| 07/01/2002 | 19 | Motion by Andrew Alantzas, Michael Cherenson, Patrick Quagrello to dismiss , filed cs. (jdj) (Entered: 07/02/2002) |
| 07/01/2002 | 20 | Memorandum by Andrew Alantzas, Michael Cherenson, Patrick Quagrello in support of [19-1] motion to dismiss , filed. (jdj) (Entered: 07/02/2002) |
| 07/12/2002 | 21 | Response by Darwin Partners,Inc in opposition to [19-1] motion to dismiss , filed cs. (jdj) (Entered: 07/15/2002) |
| 07/12/2002 | 22 | Memorandum by Darwin Partners,Inc in opposition to [19-1] motion to dismiss , filed cs. (jdj) (Entered: 07/15/2002) |
| 07/12/2002 | 23 | Motion by Darwin Partners,Inc for discovery plan , filed cs. (jdj) (Entered: 07/15/2002) |
| 07/12/2002 | 24 | Memorandum by Darwin Partners,Inc in support of [23-1] motion for discovery plan , filed cs. (jdj) (Entered: 07/15/2002) |
| 07/18/2002 | 25 | Motion by Andrew Alantzas, Michael Cherenson, Signature Consultant, Patrick Quagrello for leave to file reply memorandum , filed cs. (jdj) (Entered: 07/19/2002) |
| 07/18/2002 | 26 | Motion by Andrew Alantzas, Michael Cherenson, Signature Consultant, |

| | | Patrick Quagrello to strike affidavit of Lewis Legon , filed cs. (jdj) (Entered: 07/19/2002) |
|---|---|---|
| 07/26/2002 | 27 | Response by Darwin Partners,Inc, Seek Consulting Grou in opposition to [26-1] motion to strike affidavit of Lewis Legon , filed cs. (jdj) (Entered: 07/29/2002) |
| 07/31/2002 | 28 | Judge Rya W. Zobel . Notice of Hearing/conference: Motion hearing set for 2:00 8/27/02 for [19-1] motion to dismiss cc/cl. (jdj) (Entered: 07/31/2002) |
| 07/31/2002 | 29 | Response by Andrew Alantzas, Michael Cherenson, Signature Consultant, Patrick Quagrello to [23-1] motion for discovery plan , filed cs. (jdj) (Entered: 08/01/2002) |
| 08/14/2002 | | Judge Rya W. Zobel . Endorsed Order entered granting [25-1] motion for leave to file reply memorandum . [EOD Date 8/14/02] cc/cl (jdj) (Entered: 08/14/2002) |
| 08/14/2002 | 30 | Reply by Andrew Alantzas, Michael Cherenson, Signature Consultant, Patrick Quagrello to response to [19-1] motion to dismiss , filed cs. (jdj) (Entered: 08/14/2002) |
| 08/20/2002 | 31 | Motion by Darwin Partners,Inc, Seek Consulting Grou to amend [1-1] complaint and memorandum in support thereof , filed cs. (jdj) (Entered: 08/20/2002) |
| 08/27/2002 | | Motion hearing re: [31-1] motion to amend [1-1] complaint and memorandum in support thereof (jdj) (Entered: 09/05/2002) |
| 08/27/2002 | 32 | Judge Rya W. Zobel . Clerk's Notes: re: motion hearing held [31-1] motion to amend [1-1] complaint and memorandum in support thereof taken under advisement. Opposition due 9/17/02, reply due 9/24/02 (no more than 5 pgs) mooting [26-1] motion to strike affidavit of Lewis Legon, mooting [19-1] motion to dismiss. Court Reporter:J.McLaughlin (jdj) (Entered: 09/05/2002) |
| 09/17/2002 | 33 | Memorandum by Andrew Alantzas, Michael Cherenson, Signature Consultant, Patrick Quagrello in opposition to [31-1] motion to amend [1-1] complaint and memorandum in support thereof , filed cs. (jdj) (Entered: 09/18/2002) |
| 09/24/2002 | 34 | Motion by Darwin Partners,Inc for leave to file brief in excess of ordered number of paages , filed c/s. (lmh) (Entered: 09/26/2002) |
| 09/30/2002 | 35 | Motion by Andrew Alantzas, Michael Cherenson, Signature Consultant, Patrick Quagrello for leave to file sur-reply , filed. (lau) (Entered: 10/02/2002) |
| 10/11/2002 | | Judge Rya W. Zobel . Endorsed Order entered granting [34-1] motion for leave to file brief in excess of ordered number of paages . cc/cl [EOD Date 10/11/02] (jdj) (Entered: 10/11/2002) |
| 10/11/2002 | 36 | Reply by Darwin Partners,Inc to response to [31-1] motion to amend [1-1] complaint and memorandum in support thereof , filed cs. (jdj) (Entered: 10/11/2002) |
| 10/24/2002 | | Judge Rya W. Zobel . Endorsed Order entered granting [35-1] motion for |

| | | leave to file sur-reply .cc/cl [EOD Date 10/25/02] (jdj) (Entered: 10/25/2002) |
|---|---|---|
| 10/25/2002 | 37 | Sur reply by Andrew Alantzas, Michael Cherenson, Signature Consultant, Patrick Quagrello to reply to [31-1] motion to amend [1-1] complaint and memorandum in support thereof filed cs. (jdj) (Entered: 10/25/2002) |
| 12/16/2002 | 38 | Notice of appearance of attorney for Darwin Partners,Inc, Seek Consulting Grou by Christine Alexandra Abowitz, filed. (jdj) (Entered: 12/17/2002) |
| 12/17/2002 | 39 | Notice of withdrawal of counsel by attorney Evan Slavitt for Seek Consulting Grou, attorney Evan Slavitt for Darwin Partners,Inc filed. (jdj) (Entered: 12/17/2002) |
| 01/06/2003 | | Judge Rya W. Zobel . Endorsed Order entered granting [31-1] motion to amend [1-1] complaint and memorandum in support thereof, because the proposed amendment adequately states a claim under the statute. cc/cl [EOD Date 1/8/03] (jdj) (Entered: 01/08/2003) |
| 01/08/2003 | 40 | Second Amended complaint by Darwin Partners,Inc, Seek Consulting Grou filed. (Answer due 1/18/03 for Patrick Quagrello, for Signature Consultant, for Michael Cherenson, for Andrew Alantzas, for Mario Ruggiero ) . Amended complaint amends [13-1] amended complaint . (jdj) (Entered: 01/08/2003) |
| 01/24/2003 | 41 | Joint motion by Darwin Partners,Inc, Seek Consulting Grou, Mario Ruggiero, Andrew Alantzas, Michael Cherenson, Signature Consultant, Patrick Quagrello to extend time to to file responsive pleading to second amended complaint , filed . (jdj) (Entered: 01/27/2003) |
| 01/28/2003 | | Judge Rya W. Zobel . Endorsed Order entered granting [41-1] joint motion to extend time to to file responsive pleading to second amended complaint . cc/cl [EOD Date 1/28/03] (jdj) (Entered: 01/28/2003) |
| 01/28/2003 | 42 | Response by Darwin Partners,Inc, Seek Consulting Grou in opposition to [41-1] joint motion to extend time to to file responsive pleading to second amended complaint , filed. (jdj) (Entered: 01/29/2003) |
| 01/31/2003 | | Terminated document: mooting [23-1] motion for discovery plan Requested by lau. (lau) (Entered: 01/31/2003) |
| 02/07/2003 | 43 | Answer by Andrew Alantzas to second amended complaint, filed cs.; jury demand (jdj) (Entered: 02/10/2003) |
| 02/07/2003 | 44 | Answer by Michael Cherenson to amended complaint, filed.; jury demand (jdj) (Entered: 02/10/2003) |
| 02/07/2003 | 45 | Answer by Patrick Quagrello to second amended complaint, filed cs.; jury demand (jdj) (Entered: 02/10/2003) |
| 02/07/2003 | 46 | Answer by Signature Consultant to amended complaint, filed cs. (jdj) (Entered: 02/11/2003) |
| 02/12/2003 | 47 | Judge Rya W. Zobel . Notice of Hearing/conference: set scheduling conference for 2:30 3/4/03 . Entered cc/cl . (lau) (Entered: 02/12/2003) |

| | | |
|---|---|---|
| 03/03/2003 | 49 | Motion by Darwin Partners,Inc, Seek Consulting Grou for default judgment against Mario Ruggiero , filed cs. (jdj) (Entered: 03/04/2003) |
| 03/03/2003 | 57 | Affidavit of John R. Hallal , re: [49-1] motion for default judgment against Mario Ruggiero . filed. (jdj) (Entered: 03/26/2003) |
| 03/04/2003 | 48 | Joint statement by Darwin Partners,Inc, Seek Consulting Grou, Mario Ruggiero, Andrew Alantzas, Michael Cherenson, Signature Consultant, Patrick Quagrello , re: proposed discovery schedule, filed cs. (jdj) (Entered: 03/04/2003) |
| 03/04/2003 | | Scheduling conference held . (jdj) (Entered: 03/04/2003) |
| 03/04/2003 | 50 | Judge Rya W. Zobel . Clerk's Notes: re: scheduling conference held : 12 depositions w/a motion to show cause, if more needed; parties are to make every effort to furnish discovery by the end of September. further 16.1 conference by 10/9/03 at 2:00pm 50 requests among corp partys and 25 between plaintiff and individual defendants. (jdj) (Entered: 03/04/2003) |
| 03/05/2003 | 51 | Judge Rya W. Zobel . Scheduling Order entered setting Status/Scheduling conference set for 2:00 10/9/03 .Parties shall make every effort to substantially complete fact discovery by 10/9/03 (see scheduling order #51 for dates/detail) [EOD Date 3/5/03] cc/cl (jdj) (Entered: 03/05/2003) |
| 03/13/2003 | 52 | Renewed Motion by Andrew Alantzas, Michael Cherenson, Patrick Quagrello to stay , filed cs. (jdj) (Entered: 03/14/2003) |
| 03/18/2003 | 53 | Memorandum by Darwin Partners,Inc, Seek Consulting Grou in opposition to [52-1] motion to stay . filed cs. (jdj) (Entered: 03/19/2003) |
| 03/21/2003 | | Judge Rya W. Zobel . Endorsed Order entered granting [49-1] motion for default judgment against Mario Ruggiero . [EOD Date 3/25/03] cc/cl (jdj) (Entered: 03/25/2003) |
| 03/21/2003 | | Judge Rya W. Zobel . Endorsed Order entered denying [52-1] renewed motion to stay . cc/cl [EOD Date 3/25/03] (jdj) (Entered: 03/25/2003) |
| 03/24/2003 | 54 | Reply by Andrew Alantzas, Michael Cherenson, Patrick Quagrello to response to [52-1] motion to stay , filed cs. (jdj) (Entered: 03/25/2003) |
| 03/24/2003 | 55 | Reply/response by Andrew Alantzas, Michael Cherenson, Patrick Quagrello to information required by LR 26.2(a), filed. (jdj) (Entered: 03/25/2003) |
| 03/26/2003 | 56 | Notice of default as to Mario Ruggiero issued. (jdj) (Entered: 03/26/2003) |
| 08/26/2003 | 58 | (Assented to) MOTION to Withdraw as Attorney by Darwin Partners,Inc.c/s(Johnson, Jay) (Entered: 08/28/2003) |
| 08/28/2003 | | Judge Rya W. Zobel : Endorsed ORDER entered granting 58 Motion to Withdraw as Attorney. Attorney Christine Alexandra Abowitz terminated (Johnson, Jay) (Entered: 08/28/2003) |
| 08/28/2003 | 59 | NOTICE of Appearance by Ellen M. Majdloch, David S. Rosenthal on behalf of Darwin Partners,Inc, Seek Consulting Group,Inc. (Johnson, |

| | | Jay) (Entered: 08/28/2003) |
|---|---|---|
| 10/09/2003 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Further Scheduling Conference held on 10/9/2003; parties to workout schedule and report status and submit a joint discovery proposal by 11/17/03; if parties can not agree we will have a conference set by the court; (Urso, Lisa) (Entered: 10/10/2003) |
| 10/17/2003 | 60 | Judge Rya W. Zobel : ORDER entered SCHEDULING ORDER:Parties agree to develop a mediation protocol by 11/10/03. If they are unable to do so, they shall submit a joint discovery schedule by 11/17/03.cc/cl (Johnson, Jay) (Entered: 10/20/2003) |
| 12/09/2003 | 61 | MOTION for Protective Order and request for an Emergency Hearing by Andrew Alantzas.(Johnson, Jay) (Entered: 12/11/2003) |
| 12/09/2003 | 62 | NOTICE of Appearance by Paul V. Kelly on behalf of Andrew Alantzas (Johnson, Jay) (Entered: 12/11/2003) |
| 12/09/2003 | 63 | NOTICE of Withdrawal of Appearance Attorney Jack I. Zalkind terminated. (Johnson, Jay) (Entered: 12/11/2003) |
| 12/12/2003 | 64 | MEMORANDUM in Opposition re 61 MOTION for Protective Order filed by Darwin Partners,Inc. (Johnson, Jay) (Entered: 12/12/2003) |
| 12/15/2003 | | Judge Rya W. Zobel : Endorsed ORDER entered denying 61 Motion for Protective Order. Given the prejudice to plaintiff and the possible prejudice to the witness in connection with his sentencing. (Urso, Lisa) (Entered: 12/15/2003) |
| 03/18/2004 | 65 | Proposed Document(s) submitted by Andrew Alantzas, Michael Cherenson, Darwin Partners,Inc, Patrick Quagrello, Mario Ruggiero, Seek Consulting Group,Inc., Signature Consultants,LLC received for filing. Document received: Stipulated Order on Confidentiality. (Johnson, Jay) (Entered: 03/18/2004) |
| 03/22/2004 | 66 | Judge Rya W. Zobel : STIPULATED ORDER on CONFIDENTIALITY entered (Johnson, Jay) Modified on 3/24/2004 (Johnson, Jay). (Entered: 03/23/2004) |
| 03/30/2004 | 67 | NOTICE of Change of Address by Ellen M. Majdloch, David S. Rosenthal (Johnson, Jay) (Entered: 03/31/2004) |
| 04/01/2004 | 68 | MOTION for approval of real estate attachment against Michael Cherenson by Darwin Partners,Inc.(Johnson, Jay) (Entered: 04/05/2004) |
| 04/01/2004 | 69 | MEMORANDUM in Support re 68 MOTION for approval of real estate attachment against Michael Cherenson filed by Darwin Partners,Inc. (Johnson, Jay) (Entered: 04/05/2004) |
| 04/13/2004 | 70 | Opposition re 68 MOTION for approval of real estate attachment against Michael Cherenson filed by Michael Cherenson. (Zalkind, Jack) (Entered: 04/13/2004) |
| 04/26/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 68 Motion for approval of a Real Estate Attachment (Urso, Lisa) (Entered: 04/26/2004) |
| 04/29/2004 | 71 | WRIT of Real Estate Attachment issued (Urso, Lisa) (Entered: |

| | | 04/29/2004) |
|---|---|---|
| 05/04/2004 | 72 | MOTION to Quash subpoenas duces tecum by Signature Consultants,LLC.(Urso, Lisa) (Entered: 05/06/2004) |
| 05/06/2004 | 73 | MEMORANDUM in Opposition re 72 MOTION to Quash filed by Darwin Partners,Inc. (Urso, Lisa) (Entered: 05/07/2004) |
| 05/07/2004 | | Judge Rya W. Zobel : endorsed ORDER entered denying 72 Motion to Quash (Urso, Lisa) (Entered: 05/10/2004) |
| 07/09/2004 | 74 | MOTION to Revise Scheduling Order by Darwin Partners,Inc.(Bell, Marie) (Entered: 07/12/2004) |
| 07/20/2004 | 75 | NOTICE of Appearance by Joseph D. Steinfield on behalf of Signature Consultants,LLC (Steinfield, Joseph) (Entered: 07/20/2004) |
| 07/20/2004 | 76 | NOTICE of Appearance by David E. Plotkin on behalf of Signature Consultants,LLC (Plotkin, David) (Entered: 07/20/2004) |
| 07/20/2004 | 77 | MOTION to Amend 1 Complaint by Darwin Partners,Inc, Seek Consulting Group,Inc..(Johnson, Jay) (Entered: 07/21/2004) |
| 07/23/2004 | 78 | Assented to MOTION for Extension of Time to 07/30/04 to File Response/Reply *to Plaintiff's Motion to Revise Scheduling Order (#74)* by Signature Consultants,LLC.(Plotkin, David) (Entered: 07/23/2004) |
| 07/27/2004 | 80 | Ex Parte MOTION for Approval of Trustee Process by Darwin Partners,Inc.(Urso, Lisa) (Entered: 07/28/2004) |
| 07/27/2004 | 81 | MEMORANDUM in Support re [80] MOTION for Trustee Process filed by Darwin Partners,Inc. (Urso, Lisa) (Entered: 07/28/2004) |
| 07/27/2004 | 82 | Judge Rya W. Zobel : ORDER entered granting [80] Motion for Trustee Process (Urso, Lisa) (Entered: 07/28/2004) |
| 07/27/2004 | 83 | Summons to Trustee Issued as to Signature Consultants,LLC. (Urso, Lisa) (Entered: 07/28/2004) |
| 07/28/2004 | 79 | Assented to MOTION for Extension of Time to 8/13/2004 to File Response/Reply as to 74 MOTION to Amend *Scheduling Order* by Signature Consultants,LLC.(Plotkin, David) (Entered: 07/28/2004) |
| 07/29/2004 | 84 | Emergency MOTION Dissolve Attachment on Trustee Process re [82] Order on Motion for Trustee Process by Signature Consultants,LLC. (Attachments: # 1 Affidavit Layne Tharp)(Steinfield, Joseph) (Entered: 07/29/2004) |
| 07/29/2004 | | NOTICE of Hearing:Hearing set for 7/30/2004 09:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/29/2004) |
| 07/29/2004 | 86 | MOTION for Leave to Appear Pro Hac Vice by Larry A. Stumpf .(Urso, Lisa) (Entered: 08/02/2004) |
| 07/30/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 7/30/2004 re 84 Emergency MOTION Dissolve Attachment on Trustee Process re [82] Order on Motion for Trustee Process filed by Signature Consultants,LLC.. (Court Reporter Romanow.) (Urso, Lisa) (Entered: 07/30/2004) |

| 07/30/2004 | 85 | Judge Rya W. Zobel : ORDER entered granting 84 Motion. The parties have agreed upon the provision of security. Accordingly, the Order of Trustee Process Attachment entered on 7/27/04 is hereby revoked. (Urso, Lisa) (Entered: 07/30/2004) |
|---|---|---|
| 07/30/2004 | 87 | NOTICE of Withdrawal of Appearance Attorney Anthony M. Moccia terminated. (Johnson, Jay) (Entered: 08/03/2004) |
| 08/03/2004 | 88 | TRANSCRIPT of Hearing held on July 30, 2004 before Judge Zobel. Court Reporter: Richard H. Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-0370 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/03/2004) |
| 08/09/2004 | 89 | Judge Rya W. Zobel : ORDER entered REVISED SCHEDULING ORDER: Final Pretrial Conference set for 2/8/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. Discovery due by 1/28/2005. (Urso, Lisa) (Entered: 08/10/2004) |
| 08/09/2004 | 90 | Letter/request (non-motion) from David S. Rosenthal request for action on pending motion to amend complaint. (Johnson, Jay) (Entered: 08/10/2004) |
| 08/09/2004 | 91 | ACKNOWLEDGEMENT OF SERVICE Executed by Darwin Partners,Inc. Seek Consulting Group,Inc. served on 7/28/2004, Acknowledgement filed by Darwin Partners,Inc. (Johnson, Jay) (Entered: 08/10/2004) |
| 08/13/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 77 Motion to Amend without opposition. (Urso, Lisa) (Entered: 08/13/2004) |
| 08/13/2004 | 92 | AMENDED COMPLAINT against Max Winer, Steven Drooker, Jay Cohen, Andrew Alantzas, Michael Cherenson, Patrick Quagrello, Mario Ruggiero, Signature Consultants,LLC , filed by Darwin Partners,Inc. (Urso, Lisa) (Entered: 08/13/2004) |
| 08/23/2004 | 93 | THIRD AMENDED COMPLAINT and JURY DEMAND against Andrew Alantzas, Michael Cherenson, Jay Cohen, Steven Drooker, Patrick Quagrello, Mario Ruggiero, Signature Consultants,LLC, Max Winer , filed by Darwin Partners,Inc. (Attachments: # 1)(Johnson, Jay) (Entered: 08/24/2004) |
| 08/26/2004 | | Judge Rya W. Zobel : Electronic ORDER entered granting 86 Motion for Leave to Appear Pro Hac Vice Added Larry A. Stumpf for Jay Cohen (Johnson, Jay) (Entered: 08/26/2004) |
| 08/26/2004 | 95 | MOTION to Amend/Revise 89 Scheduling Order by Andrew Alantzas, Michael Cherenson, Jay Cohen, Darwin Partners,Inc, Steven Drooker, Patrick Quagrello, Mario Ruggiero, Seek Consulting Group,Inc., Signature Consultants,LLC, Max Winer.(Johnson, Jay) (Entered: 08/31/2004) |
| 08/27/2004 | 94 | NOTICE of Appearance by Martin G. Weinberg on behalf of Jay Cohen (Weinberg, Martin) (Entered: 08/27/2004) |
| 09/10/2004 | | Judge Rya W. Zobel : endorsed ORDER entered finding as moot 74 Motion to Amend, finding as moot 78 Motion for Extension of Time to |

| | | File Response/Reply re 95 MOTION to Amend 89 Scheduling Order, finding as moot 79 Motion for Extension of Time to File Response/Reply re 95 MOTION to Amend 89 Scheduling Order, granting 95 Motion to Amend. Pretrial conference rescheduled to 6/28/05 at 2:00 p.m. (Urso, Lisa) (Entered: 09/14/2004) |
|---|---|---|
| 09/20/2004 | 96 | NOTICE of Appearance by Paul V. Kelly on behalf of Michael Cherenson (Kelly, Paul) (Entered: 09/20/2004) |
| 09/20/2004 | 97 | NOTICE of Appearance by Paul V. Kelly on behalf of Patrick Quagrello (Kelly, Paul) (Entered: 09/20/2004) |
| 09/20/2004 | 98 | ANSWER to Amended Complaint *and Jury Demand* by Andrew Alantzas.(Kelly, Paul) (Entered: 09/20/2004) |
| 09/20/2004 | 99 | ANSWER to Amended Complaint *and Jury Demand* by Michael Cherenson.(Kelly, Paul) (Entered: 09/20/2004) |
| 09/20/2004 | 100 | ANSWER to Amended Complaint *and Jury Demand* by Patrick Quagrello.(Kelly, Paul) (Entered: 09/20/2004) |
| 09/20/2004 | 101 | ANSWER to Amended Complaint by Signature Consultants,LLC. (Plotkin, David) (Entered: 09/20/2004) |
| 09/20/2004 | 102 | First MOTION to Dismiss *Third Amended Complaint* by Jay Cohen. (Stumpf, Larry) (Entered: 09/20/2004) |
| 09/20/2004 | 103 | MOTION *to Join Defendant Jay Cohen's Motion to Dismiss (As to RICO Claims Only)* by Andrew Alantzas.(Kelly, Paul) (Entered: 09/20/2004) |
| 09/20/2004 | 104 | MOTION *To Join Defendant Jay Cohen's Motion to Dismiss (As To RICO Claims Only)* by Michael Cherenson.(Kelly, Paul) (Entered: 09/20/2004) |
| 09/20/2004 | 105 | MOTION *To Join Defendant Jay Cohen's Motion to Dismiss (As To RICO Claims Only)* by Patrick Quagrello.(Kelly, Paul) (Entered: 09/20/2004) |
| 09/20/2004 | 106 | NOTICE of Appearance by Michael J. Liston on behalf of Max Winer (Liston, Michael) (Entered: 09/20/2004) |
| 09/20/2004 | 107 | MOTION to Dismiss The Fraud and Rico Counts-Counts 9,12 and 13 of Plaintiffs Third Amended Complaint by Max Winer.(Liston, Michael) Modified on 9/21/2004 (Johnson, Jay). (Entered: 09/20/2004) |
| 09/20/2004 | 108 | ANSWER to Amended Complaint by Max Winer.(Liston, Michael) (Entered: 09/20/2004) |
| 09/20/2004 | 109 | First MEMORANDUM in Support re 102 First MOTION to Dismiss *Third Amended Complaint* filed by Jay Cohen. (Stumpf, Larry) Additional attachment(s) added on 9/23/2004 (Johnson, Jay). (Entered: 09/20/2004) |
| 09/20/2004 | 110 | NOTICE of Appearance by Anthony M. Moccia on behalf of Steven Drooker (Johnson, Jay) (Entered: 09/21/2004) |
| 09/20/2004 | 111 | MOTION for Leave to File Memorandum in Excess of 20 pgs by Steven Drooker.(Johnson, Jay) (Entered: 09/21/2004) |

| 09/20/2004 | 112 | MOTION to Dismiss Third Amended Complaint by Steven Drooker. (Johnson, Jay) (Entered: 09/21/2004) |
| 09/23/2004 | 113 | NOTICE of Withdrawal of Appearance Attorney Jack I. Zalkind terminated. (Johnson, Jay) (Entered: 09/24/2004) |
| 09/30/2004 | 114 | Letter/request (non-motion) from David Rosenthal regarding extension of response time for motion to dismiss to 10/20/04. (Johnson, Jay) (Entered: 10/04/2004) |
| 10/18/2004 | 115 | Letter/request (non-motion) from David S. Rosenthal regarding new deadline for response to motion to dismiss to 10/27/04. (Johnson, Jay) (Entered: 10/19/2004) |
| 10/27/2004 | 116 | MOTION for Leave to File Brief in Excess of 20 Pages by Darwin Partners,Inc.(Johnson, Jay) (Entered: 10/29/2004) |
| 11/11/2004 | 117 | Letter/request (non-motion) from David Plotkin requesting postponement on consideration of the pending motions to dismiss. (Johnson, Jay) (Entered: 11/15/2004) |
| 01/19/2005 | | Filing fee: $ 50, receipt number 61464 regarding pro hac vice (Johnson, Jay) (Entered: 01/19/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/19/2005 14:20:45 | | |
| PACER Login: | dc0188 | Client Code: | 1372-001 |
| Description: | Docket Report | Search Criteria: | 1:02-cv-10765-RWZ |
| Billable Pages: | 8 | Cost: | 0.64 |