**Dwyer & Collora, LLP**

600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Telephone (617) 371-1000
Fax (617) 371-1037
www.dwyercollora.com

**Nicholas J. Walsh**
(617) 371-1007
nwalsh@dwyercollora.com

January 25, 2005

**BY CM/ECF**

The Honorable Reginald C. Lindsay, United States District Judge
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

The Honorable Joyce London Alexander, United States Magistrate Judge
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

     Re:    <u>Signature Consultants, Inc. v. Drooker</u>
            04-CV-12687-RCL

Dear Judges Lindsay and Alexander:

     I write on behalf of the Plaintiffs, Signature Consultants, Inc., and Jay L. Cohen, in the above-referenced matter to apprise the Court of a recent development in the underlying action currently pending in United States District Court for the Southern District of Florida.  <u>See</u> <u>Signature Consultants, Inc. v. Drooker</u>, 04-60464-CIV-TORRES (S.D. Fla).  The present action in the District of Massachusetts is the result of a discovery dispute between the parties in the Southern District of Florida matter.

     Attached to this letter is the Order On Motion For Leave To Amend Complaint, dated January 20, 2005 ("the Order"), granting the Plaintiffs' Motion For Leave To Amend Complaint and deeming the First Amended Complaint filed as of January 20, 2005.

     The First Amended Complaint is discussed in the various documents filed in the District of Massachusetts in support of and in opposition to the Plaintiffs' Motion To Compel Document Production By Beacon Hill Staffing Group, LLC, And Andrew Wang (the "Motion to Compel"). The Order, therefore, is relevant to this Court's deliberations regarding the Plaintiffs' Motion to Compel because the allegations in the First Amended Complaint – as opposed to the Complaint – control the extent of what discovery is relevant pursuant to Fed. R. Civ. P. 26.

The Hons. R.C. Lindsay and J.L. Alexander
January 25, 2005
Page 2 of 2

      Thank you for your attention to this matter.

                        Very truly yours,

                        Nicholas J. Walsh

Enclosure

cc:    James W. Stoll, Esq. (By Facsimile and First Class Mail)
       Todd S. Payne, Esq. (By Facsimile and First Class Mail)
       Larry A. Stumpf, Esq. (By Facsimile and First Class Mail)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60464-CIV-TORRES
(Consent Case)

SIGNATURE CONSULTANTS, INC.
and JAY L. COHEN,

      Plaintiffs/Counter-defendants,

vs.

STEVEN DROOKER,

      Defendant/Counter-plaintiffs

_____/

## ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

This matter came before the Court on Plaintiffs/Counter-Defendants Signature

Consultants, Inc. and Jay Cohen's Motion for Leave to Amend Complaint. [D.E. 53]. After

considering the motion, the opposition filed by Defendant, and the record in this case, it is

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion for Leave to Amend Complaint [D.E. 53] is hereby

**GRANTED.** The Court finds that there has been sufficient cause shown under Fed. R. Civ.

P. 15 for the filing of the amended complaint. Plaintiffs' First Amended Complaint, attached

to the pending motion, is deemed as having been filed as of today's date, January 20, 2005.

2.     Defendant shall serve and file a responsive pleading to the First Amended

Complaint within ten (10) days from the date of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of January, 2005.

EDWIN G. TORRES
United States Magistrate Judge