**BR** BROWN
**BI** RUDNICK
BERLACK
ISRAELS LLP

Erika M. Holmes, Esq.
direct dial: 617-856-8543
Eholmes@brownrudnick.com

February 1, 2005

<u>BY HAND</u>

The Honorable Reginald C. Lindsay, United States District Judge
The Honorable Joyce London Alexander, United States Magistrate Judge
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

   Re: <u>Signature Consultants, Inc. v. Drooker 04-CV-12687-RCL</u>

Dear Judges Lindsay and Alexander:

  I write on behalf of Andrew Wang ("Wang") and Beacon Hill Staffing Group, LLC ("Beacon Hill") in the above-captioned matter to respectfully request a postponement of the hearing currently scheduled for February 24, 2005. Developments in the underlying action pending in the United States District Court for the Southern District of Florida (<u>Signature Consultants, Inc. v. Drooker</u>, 04-60464-Civ-Torres) have brought about this request.

  The matter before this Court is a discovery dispute between non-party witnesses Wang and Beacon Hill, on the one hand, and the plaintiffs in the underlying Southern District of Florida action, Signature Consultants, Inc. and Jay L. Cohen (the "Plaintiffs"), on the other. Although the parties have fully briefed this discovery dispute, the underlying action is subject to a series of pending summary judgment motions, some of which address the Plaintiffs' alleged lack of subject matter jurisdiction to assert their claims as currently pled, including the amended Complaint.

  Specifically, on January 19, 2005, the Southern District Court of Florida heard, among other things, arguments on a series of summary judgment motions (the "Hearing"). During the Hearing, the Court requested that parties submit supplemental briefs concerning the critical issue of whether the Court has subject matter jurisdiction to hear the claims raised in the Plaintiffs' complaint. The supplemental briefs and reply briefs are due on February 9, 2005 and February 19, 2005, respectively.[1]

---

[1] As informed by Attorney Walsh in his January 25, 2005 letter, the First Amended Complaint in the underlying action which is discussed in various papers submitted to this Court was allowed at the Hearing. On or about January 31, 2005, however, Defendant Steven Drooker filed a Motion to Dismiss Count II, or in the alternative, a Motion for Summary Judgment to dismiss all Counts of the Amended Complaint for among other things, lack of subject matter jurisdiction. A copy of that Motion is attached hereto.

One Financial Center
Boston, Massachusetts 02111
617.856.8200
fax 617.856.8201
www.brownrudnick.com

Dublin | Hartford | London | New York | Providence



February 1, 2005
Page 2

     As the discovery dispute before the Court is inextricably tied to the underlying action in the Southern District of Florida, the non-party witnesses respectfully request that the hearing on this dispute now set for February 24, 2005 be postponed pending a decision on the issue of subject matter jurisdiction.

     Thank you for your attention to this matter.

     Very truly yours,

**BROWN RUDNICK BERLACK ISRAELS LLP**

By: *Erika M Holmes*
ERIKA M. HOLMES

/kab

cc:   Nicholas J. Walsh, Esq.
       Larry A. Stumpf, Esq.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60464-CIV-TORRES/Dimitrouleas
(Consent Case)

SIGNATURE CONSULTANTS, INC.
AND JAY L. COHEN,

    Plaintiffs,

v.

STEVEN DROOKER,

    Defendant,
_____/

STEVEN DROOKER,

    Plaintiff-in-Counterclaim,

v.

SIGNATURE CONSULTANTS, INC.
AND JAY L. COHEN,

    Defendants-in-Counterclaim.
_____/

### MOTION TO DISMISS COUNT II AND IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL COUNTS OF PLAINTIFFS' AMENDED COMPLAINT

Defendant/Plaintiff-in-Counterclaim Steven Drooker ("Drooker") moves to dismiss Count II of Plaintiffs' First Amended Complaint (the "Amended Complaint") pursuant to Fed. R. Civ. P. 12(b). Further, in the alternative, Drooker moves for summary judgment on all Counts of Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 56. Counts I and III of the Amended Complaint are substantially similar to those asserted in the original Complaint. Additionally, Plaintiffs Jay L. Cohen's ("Cohen") and Signature Consultants, Inc.'s ("Signature, Inc.") (collectively, "Plaintiffs") new claims asserted in Count II of the Amended Complaint suffer

from the same standing and subject matter jurisdiction deficiencies that are at issue in Drooker's pending Summary Judgment Motion.

As support for this Motion, Drooker states as follows:

1. As a mere manager, Cohen lacks standing to bring claims in his individual capacity.

2. Even if Cohen had standing to bring individual claims, this Court lacks subject matter jurisdiction to hear any of the claims asserted in the Amended Complaint. The totality of Plaintiffs' claims allege harm to Signature Consultants LLC (the "Company"), and thus are derivative in nature.

3. Because the gravamen of the harm alleged in the Amended Complaint alleges harm to the Company, the Company is a necessary and indispensable party to this action. Because the Company's joinder would destroy diversity, the Amended Complaint must be dismissed.

As further support for this Motion, Drooker submits a Memorandum of Law herewith.

WHEREFORE, Drooker moves for dismissal of Count II and in the alternative for Summary Judgment on all Counts of the Amended Complaint.

Respectfully submitted,

TODD S. PAYNE, ESQ.
FLA. BAR #: 834520

ZEBERSKY & PAYNE, LLP
Co-Counsel for the Defendant
4000 Hollywood Blvd., Ste. 400 North
Hollywood, FL 33021
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
e-mail: tpayne@zpklaw.com

and

James W. Stoll, Esq.
Erika M. Holmes, Esq.
Co-counsel for the Defendant
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617 856-8201
e-mail: jstoll@brbilaw.com

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and accurate copy of the foregoing was sent via US Mail to:

Larry Stumpf, Esq., Attorney for Plaintiffs, Black, Srebnick, Kornspan & Stumpf, P.A., 201 S. Biscayne Boulevard, Suite 300, Miami, Florida 33131 this 31st day of January, 2005.

TODD S. PAYNE, ESQ.
FLA. BAR #: 834520