# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Signature Consultants, Inc.
         Plaintiff

V.

Steven Drooker
         Defendant

CIVIL ACTION

NO.   04-12687

## SETTLEMENT ORDER OF DISMISSAL

  Lindsay          D. J.

The Court having been advised on      2/15/05      that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

2/23/05                                              /s/   Don Stanhope
  Date                                                  Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                          [stlmtodism.]